IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCON RESEARCH, LTD., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 09-318-LDD |
| | : | |
| BARR LABORATORIES INC., | : | |
| Defendant. | : | |
| | | |
| ALCON RESEARCH, LTD., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 09-481-LDD |
| | : | |
| PAR LABORATORIES INC., | : | |
| Defendant. | : | |
| | | |
| ALCON RESEARCH, LTD., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 09-512-LDD |
| | : | |
| BARR LABORATORIES INC., | : | |
| Defendant. | : | |

<u>ORDER</u>

AND NOW, this   9th   day of October 2009, upon consideration of the Motion to Consolidate Actions (Doc. 19), IT IS HEREBY ORDERED that:

1. The above-captioned actions shall be consolidated for all purposes including all pretrial and trial matters;

1

2. Papers submitted in this consolidated litigation shall be filed and docketed solely in C.A. No. 09-318-LDD; and

3. All filings in this consolidated litigation shall bear the following consolidated caption:

| | | |
|---|---|---|
| ALCON RESEARCH, LTD., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 09-318-LDD |
| | : | |
| BARR LABORATORIES INC., | : | |
|     Defendant. | : | |

BY THE COURT

/S/LEGROME D. DAVIS

Legrome D Davis, J