## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALCON RESEARCH, LTD.,                          )
                                               )
            Plaintiff,                         )
                                               )
      v.                                       )      C.A. No. 09-318-LDD
                                               )      (Consolidated)
BARR LABORATORIES INC.,                        )
PAR PHARMACEUTICAL, INC.,                      )
APOTEX INC., and APOTEX CORP.,                 )
                                               )
            Defendants.                        )

## NOTICE OF DEPOSITION OF JOHN E. BISHOP

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Defendant

Par Pharmaceutical, Inc. will take the deposition of John E. Bishop on August 16, 2010 at 9:00

AM (ET) at the offices of Wilson Sonsini Goodrich & Rosati, 1700 K Street NW, Fifth Floor,

Washington, DC 20006, or at such other time and place to which the parties may agree. The oral

examination will be conducted before a court reporter, notary public, or other person authorized

by law to administer oaths, recorded by stenographic and videographic means, and continued

from day to day until completed. All counsel of record are invited to attend and cross-examine.

OF COUNSEL:                                              POTTER ANDERSON & CORROON LLP

Daniel G. Brown
J. Andrea Park                                          By:   /s/ David E. Moore
Wilson Sonsini Goodrich & Rosati                              Richard L. Horwitz (#2246)
1301 Avenue of the Americas                                   David E. Moore (#3983)
40th Floor                                                    Hercules Plaza, 6th Floor
New York, NY 10019                                            1313 N. Market Street
Tel:  (212) 999-5800                                          Wilmington, DE  19899
                                                              Tel:  (302) 984-6000
Dutch Chung                                                   rhorwitz@potteranderson.com
Wilson Sonsini Goodrich & Rosati, P.C.                        dmoore@potteranderson.com
1700 K Street, NW
Fifth Floor                                             Attorneys for Defendant
Washington, DC 20006                                    Par Pharmaceutical, Inc.
Tel:  (202) 973-8800

Dated:  July 16, 2010
974912 / 34626

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 16, 2010, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on July 16, 2010, the attached document was Electronically Mailed

to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801
jblumenfeld@mnat.com
mnoreika@mnat.com

Bruce R. Genderson
Adam L. Perlman
Kevin Hardy
Hannah Stott-Bumstead
David M. Krinsky
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
bgenderson@wc.com
aperlman@wc.com
khardy@wc.com
hstott-bumsted@wc.com
dkrinsky@wc.com

Mark Alan Aronchick
Michael Viano, Jr.
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA  19103-6933
maronchick@hangley.com
mviano@hangley.com

John C. Phillips, Jr.
Brian E. Farnan
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
jcp@pgslaw.com
bef@pgslaw.com

Bradley C. Graveline
George C. Lombardi
Eric L. Broxterman
Trang Hoang
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
bgraveline@winston.com
glombardi@winston.com
ebroxterman@winston.com
thoang@winston.com

Dutch Chung
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street, NW
Fifth Floor
Washington, DC 20006
dchung@wsgr.com
*Attorneys for Defendant Par Pharmaceuticals Inc.*

Daniel G. Brown
J. Andrea Park
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
dgbrown@wsgr.com
japark@wsgr.com
*Attorneys for Defendant Par
Pharmaceuticals Inc.*

Robert B. Breisblatt
Brian J. Sodikoff
Breighanne A. Eggert
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661
robert.breisblatt@kattenlaw.com
brian.sodikoff@kattenlaw.com
breighanne.eggert@kattenlaw.com
*Attorneys for Defendants Apotex, Inc. and
Apotex Corp.*

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

928788 / 34626/35001