IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-318 (LDD) |
| | ) (CONSOLIDATED) |
| BARR LABORATORIES, INC., and | ) |
| PAR PHARMACEUTICAL, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND ORDER**

Plaintiff Alcon Research, Ltd. ("Alcon") and Defendant Barr Laboratories, Inc. ("Barr") hereby stipulate and agree as follows:

1. Except as permitted under 35 U.S.C. § 271(e)(1), the manufacture, use, offer for sale, sale or importation of the product that is the subject of Barr's Abbreviated New Drug Application No. 91-411 ("Barr's BAC-Free ANDA Product") infringes claims 7, 21, 41, and 43 of U.S. Patent No. 6,503,497 ("the '497 patent") and claim 18 of U.S. Patent No. 6,849,253 ("the '253 patent").

2. Claims 7, 21, 41, and 43 of the '497 patent are not invalid.

3. Claim 18 of the '253 patent is not invalid.

4. Judgment is hereby entered in favor of Alcon and against Barr on Alcon's claims of infringement of the '497 and '253 patents.

5. It is hereby ordered that the effective date of any Food and Drug Administration approval of Barr's BAC-Free ANDA Product shall be a date which is not earlier than the date of the expiration of the last to expire of the '497 and '253 patents.

**STIPULATION AND ORDER**
Civil Action No. 09-318 (LDD)
(CONSOLIDATED)
Page 2

OF COUNSEL:
Glenn J. Pfadenhauer
Adam L. Perlman
Kevin Hardy
Hannah Stott-Bumsted
David M. Krinsky
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000

Mark A. Aronchick
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933
Tel: (215) 496-7002

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff Alcon Research, Ltd.*

OF COUNSEL:
George C. Lombardi
Bradley Graveline
Eric Broxterman
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600

*/s/ John C. Phillips, Jr.*
_____
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.
Wilmington, DE 19806
Tel: (302) 655-4200
JCP@pgslaw.com

*Attorneys for Defendant Barr Laboratories, Inc.*

November 4, 2011

SO ORDERED this ___ day of November 2011

_____
The Honorable Legrome D. Davis, U.S.D.J.