IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCON RESEARCH LTD., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BARR LABORATORIES INC., et al. | : | NO.  09-CV-0318-LDD |
| | : | |
| Defendants. | : | |

FINAL JUDGMENT

AND NOW, this 9th day of January, 2012, for the reasons stated in the Court's memorandum opinion of December 13, 2011 (Doc. No. 255), it is hereby ORDERED AND ADJUDGED that:

1. Barr's proposed product described in Abbreviated New Drug Application No. 91-411 does not infringe the asserted claim of U.S. Patent No. 5,631,287 (i.e., claim 12) or the asserted claim of U.S. Patent No. 6,011,062 (i.e., claim 19).

2. The asserted claim of U.S. Patent No. 5,631,287 (i.e., claim 12) and the asserted claim of U.S. Patent No. 6,011,062 (i.e., claim 19) are both invalid.

3. In view of Barr's stipulation of infringement, Barr's proposed product described in Abbreviated New Drug Application No. 91-411 infringes the asserted claims of U.S. Patent No. 6,503,497 (i.e., claims 7, 21, 41, and 43) and the asserted claim of U.S. Patent No. 6,849,253 (i.e., claim 18).

4. As such, it is hereby ORDERED that the effective date of any approval of Barr's

Abbreviated New Drug Application No. 91-411 for the drug product described therein shall be a date which is not earlier than the date of the expiration of the last to expire of U.S. Patent Nos. 6,503,497 and 6,849,253.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.