UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Wilmington, Delaware

July 9, 2012

RE: Alson Research Ltd v. Barr Laboratories Inc. et al.
Civil Action No. 09-318 LDD
Federal Circuit Court of Appeals No. 12-1341

TO: Federal Circuit Court of Appeals

Enclosed please find:

 **XXX**  One certified copy of the docket entries to be filed as the Certified List in Lieu of the  **First**  Supplemental Record.  Transcript Purchase Order is filed and record is ready for appeal purposes.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

_____

Deputy Clerk

Enclosures